# United States District Court
# For The Western District of North Carolina
# Statesville Division

ANTHONY DEWAYNE DAYE,

    Petitioner,

vs.

ALVIN KELLER,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV134

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 14, 2009, Order.

Signed: December 14, 2009

Frank G. Johns, Clerk
United States District Court